| **Return** |||
|---|---|---|
| Case No.: <br> 8:21-MJ-00811 | Date and time warrant executed: <br> 12/8/2021  Approx. 11:45 am | Copy of warrant and inventory left with: <br> Nolan Minamoto Chan |
| Inventory made in the presence of : <br> NA |||
| Inventory of the property taken and name of any person(s) seized: <br> No property seized on the person of Nolan Minamoto Chan. |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/15/21

*Executing officer's signature*

Marcus Valle, Special Agent US DOL OIG
*Printed name and title*